

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

IN THE MATTER OF:

NAME:    JACOBS, SUSAN GAIL WALLACE                    CHAPTER 7 NO. 15-31501

ADDRESS:    3417 Driftwood Drive
            Gastonia, NC  28056


SSN: -----------7567


DEBTOR

---

GRAY LAYTON KERSH SOLOMON FURR &
SMITH, P.A. (as escrow agents on assignment
From ED WALLACE CONSTRUCTION, INC. in
Trust, and for the benefit of CAREY WALLACE
BUMGARDNER, and CLAY WALLACE),

PLAINTIFF

                                        Adversary Proceeding: 15-03182
Versus

JACOBS, SUSAN GAIL WALLACE,

DEFENDANT.

---

## MOTION FOR DISCHARGE DUE TO NON-COMPLIANCE WITH COURT ORDER.

Now comes Susan Jacobs, pro se defendant in case of GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. (as escrow agents on assignment From ED WALLACE CONSTRUCTION, INC. in Trust, and for the benefit of CAREY WALLACE BUMGARDNER, and CLAY WALLACE), Versus SUSAN GAIL WALLACE Jacobs, DEFENDANT. I request a motion for sanctions for non-compliance of the Bankruptcy Rule 7016 court order dated May 22, 2017

GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. missed the August 14, 2017 and the August 16, 2017 date to serve any information to defendant until August 18, 2017.  GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. received defendant's information on August 7, 2017.

Number 4.  "If any party desires to submit a trial brief or other submission of authorities, it must be filed and served on opposing parties no later than the deadline set out in paragraph 3 above.  Paragraph 3 date was August 16, 2017 the date mailed, not served.

GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. mailed to my residence in uncertified mailing (I have the dated envelope) and I received information two days after the court ordered date.  Upon reviewing the information I realized Mr. Moore had removed his exhibits that proved that as acting executrix I made correct decisions for the good of Ed Wallace Construction, Inc.  For example missing from the new evidence was

A. The 2011 and 2012 tax returns showing a very successful company, which the beneficiaries wanted me to sale, but they did not sale.  Plaintiff exhibits 160 and 161.

B. The original Form 706 Inheritance Tax Form showing -0- Tax liability dated 11-04-08 and was dated before the "working paper Form 706" dated 12-31-08. "Working paper Form 706" was prepared to show how I was protecting the Estate from unnecessary Inheritance taxes liability of $584,216.  Plaintiff's Exhibit 87 and Defendant's exhibit 8. GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. made "working paper Form 706" dated 12-31-08 was prepared before original Form 706 Inheritance Tax Form showing -0- Tax liability dated 11-04-08 making it appear that I lowered the value to protect self from interest and penalty.  **Check the computer generated dates on both return, -0- liability return was done first.**

C. Dun and Bradstreet report was missing that was not allowed to be used in any "legal proceeding" per users terms, but was introduced to the jury in Lincoln Country Trial. Exhibit 102

Actual receipt of the information and documents on August 18, 2017 at 5:30 Friday afternoon, after hours to call court or GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. offices.  GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A. should understand the need for discovery in a timely manner in order to aid the court to operate smoothly allowing me to prepare my defense with the evidence he pulled.

**GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A.** also misstated the Certificate of Service in using the term SERVED, I was not served until after the Court Ordered date of August 16, 2017.  Actual receipt of information and documents were received on August 18, 2017. This gave me very little time to review, find the missing evidence that I was lead to believe would all be turned in by the plaintiffs and to prepare a defense for the onslaught of information they have.

Due to the plaintiff's non-compliance with any deadlines to defendant, Susan Jacobs, tried very hard to prepare for trial and is under personal hardship to continue this.  My husband fell and a spinal cord contusion cause loss of use of left arm.  Second fall caused a break in his neck.  Personal hardships happen to everyone, but I struggle to properly prepare for a trial where they gave no time to prepare. Under Rule 41 (b)  Defendant, Susan Jacobs respectfully request sanctions for **GRAY LAYTON KERSH SOLOMON FURR & SMITH, P.A.** for disregard to court orders and the sanctions requested are:

A.  That the plaintiff's motion for the amount of $262,689 with interest at the legal rate of 8% per annual from January 8, 2013 plus cost in the amount of $7,936.29 judgment be denied

B.   That the plaintiff's motion for punitive damages of $40,000 be denied. (Citing case Mary Angela Spell, plaintiff, vs. Daniel Charles Longenecker, Defendant. Case No. 05-10492-70 Adversary No. 05-2035)

C.  That the court issue costs of the adversary proceeding to defendant debtor since both defendant and plaintiff benefited from the transcripts which

costs and Plaintiff, Gray Layton Kersh Solomon Furr & Smith, PA. and Plaintiff's legal

representation should have been aware the consequences of missing deadlines.

Documentation provided.

1. Lisa A Garrison contract for                $6,633.00

2. Rose Gates – two checks for                    392.00

3. All Professionals Litigation Support Team, Inc. 242.50

4. Jim Henderson Legal fees                      13,834.00

                                    Total    $21,101.50


D. That the Defendant have such other and further relief as the Court may

deem just and proper.


Submitted this day, August 21, 2017 by  *Susan Jacobs*
                                    **Pro Se Defendant**



<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the foregoing DEFENDANT'S **MOTION FOR DISCHARGE DUE TO NON-
COMPLIANCE WITH COURT ORDER**

to be decided was personally served in United States Bankruptcy Court on August 21,
2017 to the following attorney(s) of record:

David Smith <dsmith@gastonlegal.com
Bill Moore <bmoore@gastonlegal.com
Gray, Layton, Kersh, Solomon, Furr, & Smith, P.A.

516 New Hope Road
P. O. Box 2636
Gastonia, NC  28053-2636
704-865-4400

CHECK#: 144    $1,000.00

CHECK#: 145    $273.80

CHECK#: 146    $895.00

CHECK#: 147    $3,062.00

CHECK#: 148    $932.00

C000249

To: Garrison, Lisa A.
Subject: Re: Transcript contract

Lisa,

Please let me know asap as I can get copy of transcript to attorney. I am presently in the hospital and will be in rehab for a while, Cellulitis.

Thank you,
Susan

On Wednesday, February 25, 2015 7:19 AM, "Garrison, Lisa A." <Lisa.A.Garrison@nccourts.org> wrote:


Susan,

I wanted to let you know I am working on finishing up the transcript and plan to have it delivered to you the first of next week, the week of March 2, 2015. Per our contract I am to give you seven days' notice of when the transcript will be completed so that you may make the final payment. The final page count of the transcript is going to be no more than 2,211, so the total cost of the transcript is $6,633. With the deposit of $3,300 you paid previously, the remaining balance will be $3,333. As before, you may send the check to the address below.

If you have any questions, please do not hesitate to contact me.


Lisa A. Garrison, RDR, CRR
Official Court Reporter
1224 Sedgewood Lane
Lincolnton, NC  28092
Cell - 828.310.6760
Lisa.A.Garrison@nccourts.org

From: Garrison, Lisa A.
Sent: Sunday, February 08, 2015 10:18 AM
To: JAMES JACOBS
Subject: RE: Transcript contract

Susan,

I just wanted to check in with you and let you know I am on schedule with having the transcript prepared by February 28. I also wanted to check with you to see if Aaron Low had reminded you that I was not there for one morning session of court and another reporter replaced me. Therefore, you will need to order that portion of the transcript from her because it will not be in my transcript. The witness on the stand was Jack Wallace and the date is the morning session of July 2, 2014. Rose Gates was the reporter. Her phone numbers are (cell) 828-387-1089 and (home) 828-733-1602. I'm sorry that I don't have her email address.

Lisa A. Garrison, RDR, CRR
Official Court Reporter
1224 Sedgewood Lane
Lincolnton, NC  28092
Cell - 828.310.6760
Lisa.A.Garrison@nccourts.org

113

66-112/531

**JAMES H JACOBS**
PH. 704-864-7682
3417 DRIFTWOOD DR
GASTONIA, NC 28056-9824

Feb. 26, 2015

$ 3,333.00

PAY to the order of     Lisa L. Garrison

Three Thousand three-hundred and thirty three and 00/100     Dollars

Security
Features
on Back.

BB&T

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

Signature     James H Jacobs

For    Transcript final payment

⑈053101121⑈0005204906795⑈00113

000251



MAIN LINE DISTRIBUTORS
3417 Driftwood Dr
Gastonia, NC 28056
Ph. 704-864-7682

53651

66-112/531

DATE 12-8-14

PAY THE ORDER OF Lisa A Garrison                                    $ 3,300.00

Three Thousand three hundred and 00/100                              DOLLARS

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

FOR E. Wallace Const. Inv / Susan W Jacobs           Susan Jacobs

⑆000053651⑆  ⑈0531011 31⑈00052962214408⑈

000253



From: JAMES JACOBS [mldssm@bellsouth.net]
Sent: Tuesday, December 09, 2014 4:58 PM
To: Garrison, Lisa A.
Subject: Transcript contract

Lisa,

A check and signed contract went in the mail today.  Please let me know if there is any problem.
Thanks,
Susan

Lisa.A.Garrison@nccourts.org

Wed, Mar 4  9:41 PM

to JAMES JACOBS
cc Chuck Earp

RE: Transcript contract

10 files attached ^    Save all

Transcript-Bumgardn...
.pdf 278 KB

Transcript-Bumgardn...
.pdf 609 KB

Transcript-Bumgardn...
.pdf 322 KB

Transcript-Bumgardn...
.pdf 696 KB

Transcript-Bumgardn...
.pdf 598 KB

Transcript-Bumgardn...
.pdf 459 KB

Transcript-Bumgardn...
.pdf 530 KB

Transcript-Bumgardn...
.pdf 786 KB

Transcript-Bumgardn...
.pdf 604 KB

Transcript-Bumgardn...
.pdf 476 KB

Susan:

Please find attached my portion of the transcript in Lincoln County File No. 13-CvS-24, Bumgardner v. Jacobs, heard before Judge Hugh Lewis from June 23, 2014, through July 9, 2014. You should have received ten volumes (files), Volumes I through VI and Volumes VIII through XI. Volume VII is being prepared by Court Reporter Rose Gates and it will be sent to you by her in a separate email. I have copied your attorney on this email with the email address you forwarded to me. Per our rules I will also be sending you a CD with these same files on it via USPS.

If you have any questions or concerns, please do not hesitate to contact me.

Lisa

Lisa A. Garrison, RDR, CRR
Official Court Reporter
1224 Sedgewood Lane
Lincolnton, NC 28092
Cell - 828.310.6760
Lisa.A.Garrison@nccourts.org

From: JAMES JACOBS [mldssm@bellsouth.net]
Sent: Tuesday, March 03, 2015 2:55 PM

000256

Lisa.A.Garrison@nccourts.org                                    Wed, Feb 25  7:19 Am
to mldssm@bellsouth.net
cc Lisa.A.Garrison@nccourts.org

RE: Transcript contract

Susan,

I wanted to let you know I am working on finishing up the transcript and plan to have it delivered to you the first of next week, the week of March 2, 2015. Per our contract I am to give you seven days' notice of when the transcript will be completed so that you may make the final payment. The final page count of the transcript is going to be no more than 2,211, so the total cost of the transcript is $6,633. With the deposit of $3,300 you paid previously, the remaining balance will be $3,333. As before, you may send the check to the address below.

If you have any questions, please do not hesitate to contact me.

Lisa A. Garrison, RDR, CRR
Official Court Reporter
1224 Sedgewood Lane
Lincolnton, NC  28092
Cell - 828.310.6760
Lisa.A.Garrison@nccourts.org

From: Garrison, Lisa A.
Sent: Sunday, February 08, 2015 10:18 AM
To: JAMES JACOBS
Subject: RE: Transcript contract

Susan,

I just wanted to check in with you and let you know I am on schedule with having the transcript prepared by February 28. I also wanted to check with you to see if Aaron Low had reminded you that I was not there for one morning session of court and another reporter replaced me. Therefore, you will need to order that portion of the transcript from her because it will not be in my transcript. The witness on the stand was Jack Wallace and the date is the morning session of July 2, 2014. Rose Gates was the reporter. Her phone numbers are (cell) 828-387-1089 and (home) 828-733-1602. I'm sorry that I don't have her email address.

Lisa A. Garrison, RDR, CRR
Official Court Reporter
1224 Sedgewood Lane
Lincolnton, NC  28092
Cell - 828.310.6760
Lisa.A.Garrison@nccourts.org

From: JAMES JACOBS [mldssm@bellsouth.net]
Sent: Tuesday, December 09, 2014 4:58 PM
To: Garrison, Lisa A.
Subject: Transcript contract

Lisa,

000257

A check and signed contract went in the mail today.  Please let me know if there is any problem.
Thanks,
Susan

119

66-112/531

**JAMES H JACOBS**
PH. 704-864-7682
3417 DRIFTWOOD DR
GASTONIA, NC 28056-9324

3-5-15

$ 292.00

PAY to the order of  Rose Geter

Two-hundred ninty-two and no/100 ———— Dollars

**BB&T**
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

For  pd. in full transcript          Signature  James H Jacobs

⑈053101121⑈0005204906795⑈00119

UCBI >061112843<
2015-03-13   1181073262

1181073262 2015-03-13

118
12      14703/13/15        15:48
Cashed Check With Fee
Amount                    $292.00

111
60-112/531

JAMES H JACOBS
PH. 704-864-7682
3417 DRIFTWOOD DR
GASTONIA, NC 28056-9324

2-16-15
Date

PAY
to the order of  Rose Gates                    $ 100.00

One hundred and %oo                          Dollars

BB&T
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT  BBT.com

For  Transcript of Esta of Ed Wallace    Susan Gates
                                          James H Gates

⑈053101121⑈0005 204906775⑈00111

00026

FOR DEPOSIT ONLY
STATE EMPLOYEES CREDIT UNION
NEWLAND-204 TELLER # F000



All Professionals Litigation Support Team, Inc.
6307 Amie Lane · Pearland, TX  77584-2601
Phone (713) 637-8864 · www.aplst.com

Federal ID 84-1651288
Terms Net 30 Days

February 22, 2017

Susan Gail Wallace Jacobs                            **Invoice No. 17-1798**
3417 Driftwood Drive
Gastonia, NC  28056

| Date | Service | Pages | Rate | Amount |
|------|---------|-------|------|--------|
| | **Job Ref. United States Bankruptcy Court Western District of North Carolina Case No. 15-3182 (Gray Layton et al v. Susan G.W. Jacobs)** | | | |
| 02/22/17 | Transcriber and proofread 02/15/17 hearing Payment received, card ending 0349 | 50 | 4.85 | 242.50 -242.50 |
| | Please pay this amount | | | $    Paid |



Certified by the International Alliance of Professional Reporters and Transcribers · www.IAPRT.org

000263